■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS WATSON, Appellant. [874 NYS2d 856]—Judgment, Supreme

Court, New York County (Carol Berkman, J.), rendered on or about October 24, 2007, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Sweeny, McGuire and DeGrasse, JJ.